# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 79 WM 2023 |
| | : | |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK TARR, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus or Extraordinary Relief" is DENIED.